# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MORRELL WILLIAMS**                                                               **PLAINTIFF**

v.                         Case No. 4:19-cv-00621-KGB

**DEPARTMENT OF HUMAN SERVICES**                              **DEFENDANT**

## ORDER

Plaintiff Morrell Williams filed his complaint on September 5, 2019 (Dkt. No. 2). On February 20, 2020, the Court entered an Order directing Mr. Williams, who is proceeding *pro se*, to submit an amended complaint within 30 days from the date of the Order that would comply with the Federal Rules of Civil Procedure and present sufficient facts to state a claim upon which relief may be granted (Dkt. No. 4). The Court noted that Mr. Williams' failure to do so could result in the dismissal without prejudice of his complaint (*Id.*, at 4). Since entry of the Court's February 20, 2020, Order, Mr. Williams has not filed an amended complaint, and the time to do so has passed. Mr. Williams has not made any other filings or taken any other action in this case. The Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas provide that "[i]f any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice." Local Rule 5.5(c)(2).

Accordingly, the Court dismisses without prejudice Mr. Williams' complaint for failure to prosecute (Dkt. No. 2). The Court denies the relief requested.

It is so ordered this 24th day of June, 2021.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge