# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MORRELL WILLIAMS**                                                                                **PLAINTIFF**

v.                                        Case No. 4:19-cv-00621-KGB

**DEPARTMENT OF HUMAN SERVICES**                                   **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Morrell Williams's complaint is dismissed without prejudice (Dkt. No. 2). The Court denies the relief requested.

It is so ordered this 24th day of June, 2021.

_____
Kristine G. Baker
United States District Judge